UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60187-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                  **O R D E R**

DONALD LINCKS,

    Defendant.
_____/

THIS MATTER is before the Court upon the Report And Recommendation (DE 70) filed herein by United States Magistrate Judge Robin S. Rosenbaum.  No objections have been filed to said Report. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation (DE 70) filed herein by United States Magistrate Judge Robin S. Rosenbaum, be and the same is hereby approved, ratified and adopted by the Court; and

2. Defendant Donald Lincks's Motion To Suppress The Government's Pictures Of J.I. Clothing (DE 52) and Motion To Suppress Government's Pictures Of Blood On Rocks And All Pictures Of Blood (DE 65) be and the same are hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___7th___ day of October, 2009.

                                                    _/s/ William J. Zloch_
                                                WILLIAM J. ZLOCH
                                                United States District Judge

Copies furnished:

The Honorable Robin S. Rosenbaum
United States Magistrate Judge

All Counsel and Parties of Record